No. 3,600.—JACOB A. WERNER, RESPONDENT, *v.* THOMAS ALEXANDER ET AL., APPELLANTS.

*Appeal from District Court of Rosebud County; Geo. W. Pierson, Judge.*

Decided May 22, 1915.

PER CURIAM.—It is ordered that the appeal in the above-entitled action be, and the same is hereby, dismissed in accordance with the stipulation of counsel herein.

*Messrs. Gunn, Rasch & Hall* and *Mr. Henry V. Beeman,* for Appellants.

---

No. 3,683.—THOS. O. LARSON, APPELLANT, *v.* OLE WAGNIED, RESPONDENT.

*Appeal from District Court of Teton County; J. B. Leslie, Judge.*

Decided June 21, 1915.

PER CURIAM.—Respondent's motion to dismiss the appeal herein was this day submitted to and by the court taken under advisement; whereupon after due consideration it is hereby ordered that said appeal be dismissed.

*Mr. John W. Stanton,* for Respondent.